IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:07-cr-00011-MP-AK

CARLOS A. CORREA,
JUSTIN M. RENTERIA,
ALEJANDRO M. VALDES,
CHRISTINA RENTERIA,
SARAH E. SUMNER,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 140, which granted the Defendants' motions to continue, with the new dates to be set by separate order. Accordingly, the Defendants shall furnish to the Government the names of any expert witnesses, and a synopsis of their anticipated testimony, on or before Thursday, September 27, 2007. The Government shall advise the Defendants whether it will present any expert testimony in opposition, and furnish to the Defendants the names of any expert witnesses, along with a synopsis of their anticipated testimony, on or before Wednesday, October 17, 2007. The suppression hearings in this case are set for Thursday, November 1, 2007 at 1:00 p.m.

    **DONE AND ORDERED** this _12th_ day of September, 2007

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge