IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00011-MP-AK

CARLOS A. CORREA,
JUSTIN M. RENTERIA,
ALEJANDRO M. VALDES,
CHRISTINA RENTERIA,
SARAH E. SUMNER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on a telephone status conference held on Friday, October 5, 2007. At the hearing, Defendants stated that an evidentiary hearing set for November 1, 2007, will likely be dispositive of many issues at trial. Because of this, Defendants requested that the trial, currently scheduled for October 9, 2007, be continued. The Government does not object to Defendants' request. The Court agrees that the issues raised by Defendants regarding the admissibility of evidence must first be decided before the trials can commence. Accordingly, the Court finds that the ends of justice served by granting the continuances outweigh the best interests of the Defendants and the public in a speedy trial. Therefore, the motions are granted, the trials in this case are continued to a date to be set by separate notice, and a telephone status conference is scheduled for Tuesday, October 16, 2007, at 2:00 p.m. The Government shall be responsible organizing the parties and calling the Court at (352) 380-2415.

    **DONE AND ORDERED** this __9th__ day of October, 2007

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge