IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 1:07-cr-00011-MP-AK

CARLOS A. CORREA,
JUSTIN M. RENTERIA,
ALEJANDRO M. VALDES,
CHRISTINA RENTERIA,
SARAH E. SUMNER,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 155, Motion to Continue, filed by the Government. A telephone status conference on this matter was held on Tuesday, October 16, 2007. In the motion, the Government requests that the hearings set for November 1, 2007, be continued. Defendants do not object to the Government's request. Accordingly, the motion is granted, and the evidentiary and suppression hearings are continued to Thursday, November 29, 2007, at 1:00 p.m.

    **DONE AND ORDERED** this  *17th*  day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge