IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00011-MP-AK

CARLOS A. CORREA,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 166, Motion To Re-Validate Hearing Subpoenas, filed by Defendant Carlos Correa. In the motion, Defendant states that prior to the Court continuing the evidentiary hearing, he served subpoenas upon several witnesses. Because of this continuance, Defendant requests that the subpoenas be re-validated so that they remain in force for the November 29, 2007, evidentiary hearing. The Government does not object to Defendant's request. Therefore, it is hereby

**ORDERED AND ADJUDGED:**

All subpoenas served by Defendant Carlos Correa for the evidentiary hearing originally scheduled for November 1, 2007, are hereby re-validated and shall remain in full force and effect for the presently scheduled evidentiary hearing on November 29, 2007, at 1:00 p.m. Defendant shall notify each subpoenaed witness accordingly.

**DONE AND ORDERED** this  *8th*   day of November, 2007

                *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge