IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:07-cr-00011-MP-AK

JUSTIN M. RENTERIA,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 170, Motion Requesting Additional Time for Presentation of Motion to Suppress, filed by Defendant Justin Renteria. In the motion, Defendant states that only four hours are allotted for all defendants to argue their motions to suppress during the November 29, 2007, hearing. Because Defendant Renteria estimates that both of his motions will take around three hours to present, he requests that the hearings for all defendants be scheduled for the entire day. The defendants and the Government do not object to the request for additional time. Therefore, the motion is granted, and the hearings are reset for November 29, 2007, at 9:00 a.m.

    In addition, all subpoenas served for the evidentiary hearing originally scheduled for November 29, 2007, at 1:00 p.m. are hereby re-validated and shall remain in full force and effect for the presently scheduled evidentiary hearing on November 29, 2007, at 9:00 a.m. The Defendants shall notify each subpoenaed witness accordingly.

    **DONE AND ORDERED** this   *14th* day of November, 2007

                          *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge