IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00011-MP-AK

CARLOS A. CORREA,
JUSTIN M. RENTERIA,
ALEJANDRO M. VALDES,
CHRISTINA RENTERIA,
SARAH E. SUMNER,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Docs. 197 and 198, Motions for Extension of Time to File Written Closing Arguments, filed by Defendants Sarah Sumner and Justin Renteria, respectively. In the first motion, Jon Uman, attorney for Defendant Sumner, states that because of his medical concerns, he has been unable to work on the brief. Beause of this, Defendant Sumner requests a ten-day extension of the filing deadline. In the second motion, Defendant Justin Renteria also requests a ten-day extension of time. The Government and other Defendants do not object to the requested continuances, and request similar extensions should the motions be granted. Therefore, the motions are granted, the deadlines for filing written closing arguments are extended, and all Defendants shall filed their written closing arguments on or before January 28, 2008. The Government shall filed its written closing argument on or before February 11, 2008, and any rebuttal briefs shall be filed on or before February 22, 2008.

**DONE AND ORDERED** this   *15th*   day of January, 2008

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge